**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE  DIVISION
CIVIL ACTION NO.  3:19-CV-385-FDW-DCK**

| | | |
|---|---|---|
| **JRT METALS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CHONGQING RATO POWER CO. LTD.;** | ) | |
| **CHONGQING RATO HOLDING (GROUP)** | ) | |
| **CO., LTD; ZHU LIEDONG; and OTHER** | ) | |
| **JOHN DOE RATO CORPORATIONS, all** | ) | |
| **whose true names are unknown,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by C. Bailey King, Jr., concerning George Burnett on November 5, 2019.  George Burnett seeks to appear as counsel *pro hac vice* for Plaintiff JRT Metals, Inc.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**.  George Burnett is hereby admitted *pro hac vice* to represent Plaintiff JRT Metals, Inc.

**SO ORDERED**.

Signed: November 5, 2019

David C. Keesler
United States Magistrate Judge