IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-385-FDW-DCK

| | |
|---|---|
| JRT METALS, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| CHONGQING RATO POWER CO. LTD.;<br>CHONGQING RATO HOLDING (GROUP)<br>CO., LTD; ZHU LIEDONG; and OTHER<br>JOHN DOE RATO CORPORATIONS, all<br>whose true names are unknown, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by C. Bailey King, Jr., concerning Jill J. Ray on November 5, 2019. Jill J. Ray seeks to appear as counsel *pro hac vice* for Plaintiff JRT Metals, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Jill J. Ray is hereby admitted *pro hac vice* to represent Plaintiff JRT Metals, Inc.

**SO ORDERED**.

Signed: November 5, 2019

David C. Keesler
United States Magistrate Judge